IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOSHUA R. HANSHAW                                                                           PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 1:21-cv-00111-BWR

JACKSON COUNTY, *et al.*                                                               DEFENDANTS

### FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this 9th day of January, 2023.

*s/ Bradley W. Rath*
HONORABLE BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE